IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Tara Price and Donovan Price, <br><br> Plaintiffs, <br><br> vs. <br><br> Portfolio Recovery Associates, LLC, <br><br> Defendant. | C/A No. 3:11-cv-03452-CMC |

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC

Plaintiffs Tara Price and Donovan Price hereby dismiss their claims against the Portfolio Recovery Associates, LLC with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiffs Tara Price and Donovan Price against Portfolio Recovery Associates, LLC are dismissed with prejudice.

WE SO STIPULATE:

s/ Dave Maxfield                              s/ Chad V. Echols
Dave Maxfield, Fed. ID 6293          Chad V. Echols, Fed ID 9810
Dave Maxfield, Attorney, LLC        PO Box 12645
5217 N. Trenholm Rd., Ste. B          Rock Hill, SC 29731
Columbia, SC 29206                         (803) 329-8970
(803) 509-6800                                   Chad.echols@theecholsfirm.com
(855) 299-1656 fax                             *Attorney for Portfolio Recovery*
dave@trotterandmaxfield.com        *Associates, LLC*
*Attorney for Donovan & Tara Price*

DATED: February 7, 2013

Columbia, South Carolina